# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jerald Boitnott, | Case No.: 0:18-cv-02037 (DWF-DTS) |
| Plaintiff, | |
| v. | |
| Slumberland Franchising, Inc. d/b/a Slumberland Furniture and Larson Enterprises, | **STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| Defendants. | |

Plaintiff Jerald Boitnott and Defendants Slumberland Franchising, Inc., and Larson Enterprises hereby stipulate and agree that Defendants shall have until August 8, 2018 to answer or otherwise respond to Plaintiff's Complaint.

                                                  **THRONDSET MICHENFELDER**
                                                  **LAW OFFICE**

Dated: July 24, 2018                By *s/ Patrick W. Michenfelder*
                                                  Patrick W. Michenfelder (#24207X)
                                                  Email: pat@throndsetlaw.com
                                                1 Central Ave. W. #203
                                                St. Michael, MN 55376
                                                Telephone: (763) 200-5990

                                                **ATTORNEY FOR PLAINTIFF**
                                                **JERALD BOITNOTT**

|  |  |
|---|---|
|  | **GRAY, PLANT, MOOTY,**<br>**MOOTY & BENNETT, P.A.** |
| Dated: July 24, 2018 | By <u>*s/ Amanda M. Sicoli*</u><br>    Gregory R. Merz (#185942)<br>    Email: gregory.merz@gpmlaw.com<br>    Amanda M. Sicoli (#397685)<br>    Email: amanda.sicoli@gpmlaw.com<br>500 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 632-3000<br><br>**ATTORNEYS FOR DEFENDANTS**<br>**SLUMBERLAND FRANCHISING,**<br>**INC. and LARSON ENTERPRISES** |

GP:4829-6140-2478 v1