# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jerald Boitnott, | Case No.: 0:18-cv-02037 (DWF-DTS) |
| Plaintiff, | |
| v. | **ORDER GRANTING EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| Slumberland Franchising, Inc. d/b/a Slumberland Furniture and Larson Enterprises, | |
| Defendants. | |

Based upon the Stipulation for Extension of Time to Answer or Otherwise Respond to Complaint [ECF No. 5],

IT IS HEREBY ORDERED that Defendants Slumberland Franchising, Inc. d/b/a Slumberland Furniture and Larson Enterprises shall have to and including August 8, 2018 to answer or otherwise respond to the Complaint of Plaintiff Jerald Boitnott.

Dated: July 25, 2018

*s/ David T. Schultz*
DAVID T. SCHULTZ
United States Magistrate Judge