# UNITED STATES DISTRICT COURT
## District of Minnesota

Jerald Boitnott,

                  Plaintiff(s),

v.

Slumberland Franchising, Inc. d/b/a
Slumberland Furniture, and
Larson Enterprises,

                  Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:   18-cv-2037 (DWF/DTS)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees.

Date: September 19, 2018

                                            KATE M. FOGARTY, CLERK

                                                  s/Lynnette Brennan
                                         (By) Lynnette Brennan, Deputy Clerk